**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.     ) | Cr. No. 14-200 (RMC) |
| ) | |
| **OMAR GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Omar Gonzalez, through counsel, moves this Court to continue the presently set June 8, 2015, sentencing hearing in this case. In support of this request, counsel for Mr. Gonzalez states:

1.  Mr. Gonzalez pled guilty in the instant matter on March 13, 2015, and the sentencing hearing is presently set for June 8, 2015.

2. Counsel for the Defendant is presently in trial before Judge Sullivan. The trial started on May 18th and counsel expects to be in trial on June 5th, the presently scheduled sentencing date.

3. Counsel for Mr. Gonzalez, therefore, requests that the June 5, 2015, sentencing hearing be continued for approximately one week.

4. The Government, per Assistant United States Attorney David Mudd, does not oppose this request.

5. In the event the Court grants this request, counsel will contact the Court's courtroom deputy to select a new date for sentencing that is convenient to the Court and the parties.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500